UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNY, et al. | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 22-cv-03299 (TNM) |
| | )<br>) |
| ISLAMIC REPUBLIC OF IRAN, et al. | )<br>) |
| Defendants. | )<br>) |

**DECLARATION IN SUPPORT OF DEFAULT**

I, Tracy Reichman Kalik, hereby certify under penalty of perjury, this 15th day of September 2023, that:

1. I am one of the attorneys of record for the Plaintiffs in the above-entitled case.

2. The Defendants in the above-entitled case are the Islamic Republic of Iran and the Islamic Revolutionary Guard Corps (hereinafter collectively "Iranian Defendants").

3. Both Defendants have now been served with process pursuant to the provisions of the Foreign Sovereign Immunities Act ("FSIA"), 28 U.S.C. § 1608, and Rule 4(j)(1) of the Federal Rules of Civil Procedure, which directs that "service upon a foreign state or a political subdivision, agency or instrumentality thereof shall be effected pursuant to 28 U.S.C. § 1608."

4. Plaintiffs effected service upon both Defendants under 28 U.S.C. § 1608(a)(4) because service upon both Defendants via DHL, FedEX, UPS and/or USPS pursuant to 28 U.S.C. § 1608(a)(3) was not possible. (D.E. 13)

5. Pursuant to 28 U.S.C. § 1608 (a)(4), on January 30, 2023, Plaintiffs requested that the Clerk of Court serve "copies of the summons, complaint, and notice of suit, together with a translation of each into the official language of the foreign state, by certified mail, return receipt requested, to the U. S. Department of State, Director of Overseas Citizens Services" for the purpose of effectuating service upon Defendants, Islamic Republic of Iran and the Islamic Revolutionary Guard Corps [D.E. 14, 15]. Plaintiffs provided the Clerk's office with packages containing said documents for said Defendants.

6. The Clerk of Court certified on February 9, 2023 that the required documents had been mailed by certified mail to the appropriate address in accordance with the Plaintiffs' request. [D.E. 18]

7. On August 9, 2023, the Department of State advised the Court by letter that on June 20, 2023 the Department of State transmitted the documents to the Iranian Defendants through the Foreign Interests Section of the Embassy of Switzerland in Tehran by diplomatic notes to the Iranian Ministry of Foreign Affairs. [D.E. 19]

8. Accordingly, service upon the Iranian Defendants was complete as of June 20, 2023 and the Iranian Defendants had until August 19, 2023 to Answer. 28 U.S.C. § 1608(c)(1).

9. The authority for obtaining personal jurisdiction over the Iranian Defendants served outside the District of Columbia is the Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1330, 1605(a)(7), 1608(a)(4).

10. I further certify under penalty of perjury that no appearance has been entered by the Iranian Defendants in this case; no pleading has been filed and none served upon the

attorney for the Plaintiffs; no extension has been given and the time for filing has expired; that the Iranian Defendants are not infants or incompetent persons.

Accordingly, the Clerk is requested to enter a Default against both Iranian Defendants so that the Plaintiffs may move for default judgment to be entered against said Defendants.

I declare under penalty of perjury that the foregoing is true and correct.

September 15, 2023                Attorney for Plaintiffs,

/s/ Tracy Reichman Kalik
Tracy Reichman Kalik (Bar No. 462055)
Richard D. Heideman (No. 377462)
Noel J. Nudelman (No. 449969)
Joseph H. Tipograph (No. (No.997533)
HEIDEMAN NUDELMAN & KALIK, PC
5335 Wisconsin Avenue, NW
Suite 440
Washington, DC 20015
Telephone: 202.463.1818
Facsimile: 202.463.2999

F. R. Jenkins, Esq.
Meridian 361 International Law Group, PLLC
97A Exchange Street, Suite 202
Portland, ME 04101
(866) 338-7087

Attorneys for Plaintiffs